MARBLE WEST INC
MARBLEWORKS
7421 VINCENT CIRCLE
HUNTINGTON BEACH, CA 92646
(714) 847-6472

56-382
100
10124
412

01/10/2014 DATE

**Direct Deposit**
CHECK NO.

PAY TO THE ORDER OF

ROSS C HARMAN
2300 THORNE AVE
LA HABRA CA 90631

Total Net Direct Deposit(s)
**$530.94**
AMOUNT

VOID THIS IS NOT A CHECK.................................

WELLS FARGO BANK, N.A.
PAYABLE IF DESIRED AT:
ALL WELLS FARGO BANKS
115 HOSPITAL DR. VAN WERT, OH

 PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
ROSS C HARMAN
2300 THORNE AVE
LA HABRA, CA 90631

Soc Sec #: XXX-XX-XXXX    Employee ID: 10124
Hire Date: 03/10/08
Status:
Filing Status:
Federal: Single, 0
State: CA, Single, 0
Dept: 100

Pay Period: 12/29/13 to 01/04/14
Check Date: 01/10/14    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 1316 | 530.94 | 530.94 |
| Net Pay | 530.94 | 530.94 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 27.30 | 25.7100 | 701.88 | 27.30 | 701.88 |
| HOURS WORKED | 27.30 | | | 27.30 | |
| ADJ EARNINGS | | | 701.88 | | 701.88 |
| GROSS EARNINGS | 27.30 | | 701.88 | 27.30 | 701.88 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 90.07 | 90.07 |
| OASDI | 43.52 | 43.52 |
| MEDICARE | 10.18 | 10.18 |
| STATE W/H CA | 20.15 | 20.15 |
| STATE SDI CA | 7.02 | 7.02 |
| TOTAL | 170.94 | 170.94 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 530.94 | 530.94 |

Payrolls by Paychex, Inc.

0480-7332  MARBLE WEST INC  ■  MARBLEWORKS  ■  7421 VINCENT CIRCLE  ■  HUNTINGTON BEACH, CA 92648  ■  (714) 847-6472  ■

MARBLE WEST INC
MARBLEWORKS
7421 VINCENT CIRCLE
HUNTINGTON BEACH, CA 92648
(714) 847-6472

0480-7332-DIRDEP
100
10124

56-382
412

**12/31/2013**
DATE

**Direct Deposit**
CHECK NO.

PAY TO THE ORDER OF

ROSS C HARMAN
2300 THORNE AVE
LA HABRA CA 90631

Total Net Direct Deposit(s)
**$265.96**
AMOUNT

VOID THIS IS NOT A CHECK............................................

WELLS FARGO BANK, N.A.
PAYABLE IF DESIRED AT:
ALL WELLS FARGO BANKS
115 HOSPITAL DR, VAN WERT, OH

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
ROSS C HARMAN
2300 THORNE AVE
LA HABRA, CA 90631

Soc Sec #: XXX-XX-XXXX    Employee ID: 10124
Hire Date: 03/10/08
Status:
Filing Status:
Federal: Single, 0
State: CA, Single, 0
Dept: 100

Pay Period: 12/22/13 to 12/28/13
Check Date: 12/31/13    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 1316 | 265.96 | 28876.66 |
| Net Pay | 265.96 | 28876.66 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 13.00 | 25.7100 | 334.23 | 1620.86 | 39006.91 |
| HOURS WORKED | 13.00 | | | 1620.86 | |
| ADJ EARNINGS | | | 334.23 | | 39006.91 |
| GROSS EARNINGS | 13.00 | | 334.23 | 1620.86 | 39006.91 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 35.21 | 5446.21 |
| OASDI | 20.72 | 2418.43 |
| MEDICARE | 4.85 | 565.61 |
| STATE W/H CA | 4.15 | 1309.97 |
| STATE SDI CA | 3.34 | 390.03 |
| TOTAL | 68.27 | 10130.25 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 265.96 | 28876.66 |

Payrolls by Paychex, Inc.

**0480-7332** MARBLE WEST INC ■ MARBLEWORKS ■ 7421 VINCENT CIRCLE ■ HUNTINGTON BEACH, CA 92648 ■ (714) 847-6472 ■

MARBLE WEST INC
MARBLEWORKS
7421 VINCENT CIRCLE
HUNTINGTON BEACH, CA 92648
(714) 847-6472

0480-7332-DIRDEP
100
10124

56-382
412

11/29/2013

**Direct Deposit**

PAY TO THE ORDER OF

ROSS C HARMAN
2300 THORNE AVE
LA HABRA CA 90631

Total Net Direct Deposit(s)
**$481.82**

VOID THIS IS NOT A CHECK..........................

WELLS FARGO BANK, N.A.
PAYABLE IF DESIRED AT
ALL WELLS FARGO BANKS
115 HOSPITAL DR, VAN WERT, OH



**NON-NEGOTIABLE**

---

**PERSONAL AND CHECK INFORMATION**
ROSS C HARMAN
2300 THORNE AVE
LA HABRA, CA 90631

Soc Sec #: XXX-XX-XXXX   Employee ID: 10124
Hire Date: 03/10/08
Status:
Filing Status:
 Federal: Single, 0
 State: CA, Single, 0
Dept: 100

Pay Period: 11/17/13 to 11/23/13
Check Date: 11/29/13   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 1310 | 481.82 | 26314.39 |
| Net Pay | 481.82 | 26314.39 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 24.60 | 25.7100 | 632.47 | 1486.06 | 35541.20 |
| HOURS WORKED | 24.60 | | | 1486.06 | |
| ADJ EARNINGS | | | 632.47 | | 35541.20 |
| GROSS EARNINGS | 24.60 | | 632.47 | 1486.06 | 35541.20 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL WH | 79.94 | 4957.61 |
| OASDI | 39.21 | 2203.57 |
| MEDICARE | 9.17 | 515.36 |
| STATE WH CA | 16.01 | 1194.88 |
| STATE SDI CA | 6.32 | 355.39 |
| TOTAL | 150.65 | 9226.81 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 481.82 | 26314.39 |

0480-7332 MARBLE WEST INC * MARBLEWORKS * 7421 VINCENT CIRCLE * HUNTINGTON BEACH, CA 92648 * (714) 847-6472 *

**MARBLE WEST INC**
MARBLEWORKS
7421 VINCENT CIRCLE
HUNTINGTON BEACH, CA 92648
(714) 847-6472

0480-7332-DIRDEP
100
10124

56-382 / 412

11/22/2013

**Direct Deposit**

PAY TO THE ORDER OF

ROSS C HARMAN
2300 THORNE AVE
LA HABRA CA 90631

Total Net Direct Deposit(s)
**$608.30**

VOID THIS IS NOT A CHECK..........

WELLS FARGO BANK, N.A.
PAYABLE IF DESIRED AT
ALL WELLS FARGO BANKS
115 HOSPITAL DR, VAN WERT, OH



**NON-NEGOTIABLE**

---

**PERSONAL AND CHECK INFORMATION**
ROSS C HARMAN
2300 THORNE AVE
LA HABRA, CA 90631

Soc Sec #: XXX-XX-XXXX    Employee ID: 10124
Hire Date: 03/10/08
Status:
Filing Status:
Federal: Single, 0
State: CA, Single, 0
Dept: 100

Pay Period: 11/10/13 to 11/16/13
Check Date: 11/22/13    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 1316 | 608.30 | 25832.57 |
| Net Pay | 608.30 | 25832.57 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 32.15 | 25.7100 | 826.58 | 1461.46 | 34908.73 |
| HOURS WORKED | 32.15 | | | 1461.46 | |
| ADJ EARNINGS | | | 826.58 | | 34908.73 |
| GROSS EARNINGS | 32.15 | | 826.58 | 1461.46 | 34908.73 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 117.77 | 4877.67 |
| OASDI | 51.25 | 2164.36 |
| MEDICARE | 11.99 | 506.19 |
| STATE W/H CA | 29.00 | 1178.87 |
| STATE SDI CA | 8.27 | 349.07 |
| TOTAL | 218.28 | 9076.16 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 608.30 | 25832.57 |

0480-7332 MARBLE WEST INC ■ MARBLEWORKS ■ 7421 VINCENT CIRCLE ■ HUNTINGTON BEACH, CA 92648 ■ (714) 847-6472 ■

MARBLE WEST INC
MARBLEWORKS
7421 VINCENT CIRCLE
HUNTINGTON BEACH, CA 92648
(714) 847-6472

0480-7332-DIRDEP
100
10124

56-382 / 412

11/15/2013 DATE

**Direct Deposit**
CHECK NO.

PAY TO THE ORDER OF

ROSS C HARMAN
2300 THORNE AVE
LA HABRA CA 90631

Total Net Direct Deposit(s)
**$578.68**
AMOUNT

VOID THIS IS NOT A CHECK

WELLS FARGO BANK, N.A.
PAYABLE IF DESIRED AT:
ALL WELLS FARGO BANKS
115 HOSPITAL DR, VAN WERT, OH


PAY ONLY 00 CTS

**NON-NEGOTIABLE**

---

## PERSONAL AND CHECK INFORMATION
ROSS C HARMAN
2300 THORNE AVE
LA HABRA, CA 90631

Soc Sec #: XXX-XX-XXXX   Employee ID: 10124
Hire Date: 03/10/08
Status:
Filing Status:
Federal: Single, 0
State: CA, Single, 0
Dept: 100

Pay Period: 11/03/13 to 11/09/13
Check Date: 11/15/13    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 1316 | 578.68 | 25224.27 |
| Net Pay | 578.68 | 25224.27 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 31.65 | 24.5400 | 776.69 | 1429.31 | 34082.15 |
| HOURS WORKED | 31.65 | | | 1429.31 | |
| ADJ EARNINGS | | | 776.69 | | 34082.15 |
| GROSS EARNINGS | 31.65 | | 776.69 | 1429.31 | 34082.15 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 105.30 | 4759.90 |
| OASDI | 48.15 | 2113.11 |
| MEDICARE | 11.26 | 494.20 |
| STATE W/H CA | 25.53 | 1149.87 |
| STATE SDI CA | 7.77 | 340.80 |
| TOTAL | 198.01 | 8857.88 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 578.68 | 25224.27 |

Payrolls by Paychex, Inc.

0480-7332 MARBLE WEST INC • MARBLEWORKS • 7421 VINCENT CIRCLE • HUNTINGTON BEACH, CA 92648 • (714) 847-6472 •

**MARBLE WEST INC**
MARBLEWORKS
7421 VINCENT CIRCLE
HUNTINGTON BEACH, CA 92648
(714) 847-6472

0480-7332-DIRDEP
100
10124

56-382
412

11/08/2013
DATE

**Direct Deposit**
CHECK NO.

PAY TO THE ORDER OF

ROSS C HARMAN
2300 THORNE AVE
LA HABRA CA 90631

Total Net Direct Deposit(s)
**$279.25**
AMOUNT

VOID THIS IS NOT A CHECK............................

WELLS FARGO BANK, N.A.
PAYABLE IF DESIRED AT
ALL WELLS FARGO BANKS
115 HOSPITAL DR, VAN WERT, OH

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**

---

**PERSONAL AND CHECK INFORMATION**
ROSS C HARMAN
2300 THORNE AVE
LA HABRA, CA 90631

Soc Sec #: XXX-XX-XXXX   Employee ID: 10124
Hire Date: 03/10/08
Status:
Filing Status:
Federal: Single, 0
State: CA, Single, 0
Dept: 100

Pay Period: 10/27/13 to 11/02/13
Check Date: 11/08/13   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 1316 | 279.25 | 24645.59 |
| Net Pay | 279.25 | 24645.59 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 14.35 | 24.5400 | 352.15 | 1397.66 | 33305.46 |
| HOURS WORKED | 14.35 | | | 1397.66 | |
| ADJ EARNINGS | | | 352.15 | | 33305.46 |
| GROSS EARNINGS | 14.35 | | 352.15 | 1397.66 | 33305.46 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 37.89 | 4654.60 |
| OASDI | 21.83 | 2004.96 |
| MEDICARE | 5.11 | 482.94 |
| STATE W/H CA | 4.55 | 1124.34 |
| STATE SDI CA | 3.52 | 333.03 |
| TOTAL | 72.90 | 8659.87 |

| | NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | | 279.25 | 24645.59 |

Payrolls by Paychex, Inc.

0480-7332 MARBLE WEST INC ■ MARBLEWORKS ■ 7421 VINCENT CIRCLE ■ HUNTINGTON BEACH, CA 92648 ■ (714) 847-6472 ■