| | |
|---|---|
| REQUESTOR'S NAME: | Daniel King |
| ADDRESS: | 3435 Wilshire Blvd.<br>Suite 1111<br>Los Angeles, CA 90010 |
| TELEPHONE NO.: | 213-388-3887 Fax: 213-388-1744 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Ross Clinton Harman<br>Greta Trickoric Harman | CASE NO.: 8:14-bk-10373<br><br>Chapter 7 ☒    11 ☐    13 ☐<br><br>**CHANGE OF ADDRESS**<br><br>☒ DEBTOR        **CHECK ONLY ONE**<br>☐ CREDITOR |
|---|---|

(Please print or type)

NAME: Ross Clinton Harman

NEW MAILING ADDRESS: 620 Utica Ave
Huntington Beach CA 92648

Dated: March 6, 2014

Signature

Title (Corporation officer, partner or agent)

**All future notices shall be sent to the above address.**

B-1098
Revised 04/10