United States Bankruptcy Court
Central District of California

In re:
Ross Clinton Harman
Greta Trickoric Harman
       Debtors

Case No. 14-10373-CB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-8           User: admin           Page 1 of 1           Date Rcvd: May 12, 2014
                             Form ID: b18          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2014.
```
db/jdb         +Ross Clinton Harman,    Greta Trickoric Harman,    620 Utica Ave,    Huntington Beach, CA 92648-3218
34804721       +Account Management Ser,    5300 Orange Ave Ste 120,    Cypress, CA 90630-2971
34804722       +Ama Collection Service,    145 E 14th St Ste 200,    San Leandro, CA 94577-1661
34804723       +Amer Agncies,   2491 Paxton St,    Harrisburg, PA 17111-1036
34804725       +C B S J,   99 W Tasman Dr,    San Jose, CA 95134-1712
34804726       +Cbassociates,    Po Box 150,    Fairfield, CA 94533-0150
34804728       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
34804729       +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
34804732       +Fresn Cb Col,    757 L Street,    Fresno, CA 93721-2904
34804735       +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
34804736       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
34804737       +Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
34804738       +Progressive Manageme,    Po Box 2220,    West Covina, CA 91793-2220
34804739       +Rash Curtis & Associat,    190 S Orchard Ave Ste A2,    Vacaville, CA 95688-3647
34804740       +True North Ar,    100 Wood Hollow Dr Ste 2,    Novato, CA 94945-1423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: BWMKOSMALA.COM May 13 2014 02:13:00      Weneta M Kosmala (TR),
                 3 MacArthur Place, Suite 760,    Santa Ana, CA 92707-6071
smg             EDI: EDD.COM May 13 2014 02:14:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM May 13 2014 02:13:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
34804724        EDI: BANKAMER.COM May 13 2014 02:13:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
34804727       +E-mail/Text: arcy@e-ccsinc.com May 13 2014 02:15:51      Cbc/credit Consulting,    Po Box 5879,
                 Salinas, CA 93915-5879
34804730       +E-mail/Text: Bk@c2cfsi.com May 13 2014 02:15:23      Coast to Coast Financia,    Attn:Bankruptcy,
                 101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
34804731       +EDI: CCS.COM May 13 2014 02:13:00      Credit Coll,    Po Box 9136,    Needham, MA 02494-9136
34804733       +EDI: RESURGENT.COM May 13 2014 02:13:00      Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
34804734       +EDI: MID8.COM May 13 2014 02:13:00      Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
34804741       +EDI: WESTASSET.COM May 13 2014 02:13:00      West Asset Management,    2703 N Highway 75,
                 Sherman, TX 75090-2567
                                                                                               TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2014                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2014 at the address(es) listed below:
```
              Daniel   King    on behalf of Joint Debtor Greta Trickoric Harman dking@TheGenesisLaw.com
              Daniel   King    on behalf of Debtor Ross Clinton Harman dking@TheGenesisLaw.com
              United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
              Weneta M Kosmala (TR)    Weneta.Kosmala@7trustee.net,
               ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
                                                                                             TOTAL: 4
```

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Ross Clinton Harman

**BANKRUPTCY NO.** 8:14−bk−10373−CB

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−6621
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 5/12/14

**JOINT DEBTOR INFORMATION:**
Greta Trickoric Harman

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−8087
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Discharge Date:**  5/12/14

**Address:**
620 Utica Ave
Huntington Beach, CA 92648

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: May 12, 2014

**Kathleen J. Campbell**
Clerk of the Court

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

16 / AGG

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.